UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-81278-HURLEY/HOPKINS

ISOCIAL MEDIA INC.,

    Plaintiff,

vs.

BWIN.PARTY DIGITAL ENTERTAINMENT PLC,

    Defendant.
_____/

### PLAINTIFFS' MOTION FOR IMMEDIATE REVOCATION OF *PRO HAC VICE* ADMISSION OF DAVID H. STERN, ESQ.

Plaintiff, iSocial Media Inc. ("iSocial"), by and through undersigned counsel, hereby files its Motion for Immediate Revocation of *Pro Hac Vice* Admission of David H. Stern, Esq. ("Stern"), and states as follows:

    1.    On February 26, 2013, Defendant, bwin.party digital entertainment plc, filed a Motion to Appear *Pro Hac Vice* on behalf of Stern. [D.E. 9]. In support of that Motion, Stern filed a Certification stating, "I have studied the Local Rules of the United States District Court for the Southern District of Florida." [Id.].

    2.    By Order dated February 26, 2013, this Court granted the Motion. [D.E. 10].

    3.    Pursuant to S.D.Fla. L.R. 26.1(a), "The Discovery Practices Handbook in Appendix A should guide discovery."

4.      Pursuant to Section II(B)(1) of the Discovery Practices Handbook,

"*Objections to the Form of Questions.* Federal Rule of Civil Procedure 32(d)(3)(B) provides that an objection to the form of a question is waived unless made during the deposition. **Many lawyers make such objections simply by stating "I object to the form of the question." This normally suffices because it is usually apparent that the objection is directed to "leading" or to an insufficient or inaccurate foundation.** The interrogating lawyer has a right to ask the objecting party to be more specific in his objection, however, so that the problem with the question, if any, can be understood and, if possible, cured, as the rule contemplates." (emphasis added).

5.      Pursuant to Section II(B)(3) of the Discovery Practices Handbook,

"***Other Restrictions on Deposition Conduct.* Counsel should not attempt to prompt answers by the use of "suggestive", "argumentative," or "speaking" objections**; off the record conferences between counsel and witness are inappropriate; instructions not to answer are limited; and witnesses should be treated with courtesy. Those conducting depositions under the Local Rules of this District should be mindful of the Court's authority to sanction abusive conduct." (emphasis added).

6.      During the June 7, 2013 deposition of Robert Hoskin, and the June 11, 2013 deposition of David Alen Lang, rather than merely object to the form of the question, which would have been appropriate, Stern instead repeatedly and persistently violated the prohibition in Section II(B)(3) of the Discovery Practices Handbook against suggestive, argumentative, and speaking objections. Stern persisted in doing so even though (a) he was repeatedly asked by counsel for Plaintiff to refrain from doing so; and (b) counsel for Plaintiff read to Stern the portion of Section II(B)(3) of the Discovery Practices Handbook that is highlighted above in bold.

7.      The following Tables will set forth each of the objections made by Stern

that clearly violate the directives of Section II(B)(3) of the Discovery Practices Handbook:

| DEPOSITION OF ROBERT HOSKIN (JUNE 7, 2013) ||
|---|---|
| **Page:Line** | **Objection by Stern** |
| 7:21 | I'll just object. Over-broad. |
| 9:12-14 | I'll just object as relevance. You can respond. So beyond the scope. You can respond. |
| 10:1 | I object to the form. Vague. |
| 10:13-14 | Objection to the form. Asked and answered, foundation. |
| 10:18-19 | Object, asked and answered, form, foundation, calls for speculation. You can respond. |
| 10:24-25 11:1 | Objection, calls for legal conclusions, foundation. Hang on a second, you're talking about code, the UK code? |
| 13:25 14:1 | Objection, calls for legal conclusion. |
| 14:11-12 | I'm just going to object to the form. It's argumentative. |
| 14:19-22 | Just hang on a second. Counsel, it's argumentative, it's starting to be harassing. You can ask him his understanding, but you need to start moving on. |
| 18:13-14 | I'm just going to object to the form. It's harassing. |

| | |
|---|---|
| 19:12-16 | Just object to the form. Also, I think it's improper. It assumes that Mr Hoskin actually drafted the interrogatories, or answers. But take the time to go through the questions that you have personal knowledge on, as he's requested. |
| 21:23-24 | I'll just object. Argumentative. You can respond. |
| 22:15 | Objection, compound. |
| 23:17 | Object, argumentative. |
| 24:6 | Object, vague. |
| 24:21-22 | Objection to the form, misstates testimony. |
| 25:4-5 | Object, over broad. You may respond. |
| 25:15 | Objection, foundation. |
| 25:21 | Same objection, foundation. |
| 27:15 | I'll just object, over broad. |
| 27:23-24 | Objection, asked and answered, foundation, calls for speculation. |
| 28:1-3 | Yes, don't guess, and, if you can give him an estimate or you can give some other things that come to mind. |
| 28:10-11 | Objection, over broad, vague and ambiguous. |
| 29:13-15 | Objection, foundation, vague and ambiguous. It assumes a fact that doesn't exist. You can respond. |
| 30:22 | Objection, form, foundation. |
| 31:4 | Objection, foundation. |
| 33:3 | Objection, form, argumentative. |

| 34:3 | Objection to the form, overbroad. |
|---|---|
| 34:22-23 | Objection to form, vague and ambiguous. |
| 35:14 | Objection, foundation. |
| 36:3 | Objection, foundation. |
| 36:10 | Objection, compound, form. |
| 38:3 | I'll just object, over broad |
| 40:3 | Object, vague. |
| 40:21 | Just object, overbroad. |
| 41:21-22 | Objection to form, foundation overboard, compound. |
| 42:15 | I'll just object, overbroad. |
| 42:23-24 | Object, over broad, foundation, vague and ambiguous. |
| 43:7-8 | Objection, form, argumentative, foundation. |
| 43:15 | Objection, overbroad. |
| 44:9-10 | Objection, over broad, foundation. |
| 44:16-17 | Objection, foundation, over broad. |
| 46:10 | Objection, asked and answered. |
| 47:6 | I'll just object, argumentative. |
| 48:3-5 | I just object, argumentative. Counsel, you're aware of attorneys' draft declarations. You can respond if you know. |
| 48:9 | Objection, asked and answered. |
| 48:14 | Counsel, argumentative. |
| 48:25 49:1 | Object to the form. Calls for a legal conclusion. |

| | |
|---|---|
| 49:8-9 | Objection, legal conclusion, foundation, argumentative. |
| 49:24-25 | I would object to the form, argumentative, legal conclusion. |
| 52:17 | Object, vague, over broad. |
| 53:6 | Objection, foundation. |
| 53:11 | Objection, vague. |
| 54:10 | Object, over broad. |
| 54:25 | Objection, misstates testimony. |
| 55:18 | Objection, vague, time. |
| 55:23 | I'll just object, vague. |
| 56:6-7 | Objection, vague, time, form foundation. |
| 56:14 | Objection, foundation. |
| 56:20 | Objection, vague. |
| 57:11 | Objection, vague. |
| 58:4 | Objection, misstates |
| 59:18 | Objection, vague. |
| 60:16 | Objection, foundation. |
| 62:2-3 | Objection to the form, argumentative. |
| 62:20 | Objection, form, argumentative. |
| 63:19-20 | Objection, foundation, calls for speculation. |
| 64:1 | Objection, asked and answered. |
| 66:9-10 | I'm just going to object.  It's over broad and it's vague ambiguous. |
| 66:22 | Objection, foundation. |

| | |
|---|---|
| 68:9-11 | Objection to the form, it misstates the witness's testimony, it's argumentative. Rule of completeness as well. |
| 69:9-10 | Objection, foundation, best evidence. |
| 69:18-19 | Objection, foundation, over broad. |
| 70:8-9 | Objection, argumentative, misstates testimony. |
| 70:25 71:1 | Object to the form, argumentative. |
| 71:21-22 | Object, over broad, relevance, foundation. |
| 72:4-5 | Objection, it's vague, it's over broad. |
| 72:14-18 | Object to the form of the question. It's argumentative, it's over broad, frankly it's harassing, foundation, and I don't see how -- you may want to offer proof on how that may even be relevant. |
| 73:1-2 | And I have a lot of problems with your question. That's noted. |
| 73:17-18 | Objection, foundation, calls for speculation. |
| 74:2 | Objection, foundation. |
| 74:7-8 | Object to the form. It's vague and ambiguous, it's compound, lacks foundation. |
| 74:18-19 | Objection, foundation, calls for speculation. |
| 75:1-2 | Objection, foundation, legal conclusion, form. |
| 75:23 | Objection, form, foundation. |
| 76:14-15 | Objection, form, foundation, calls for speculation. |

| | |
|---|---|
| 78:23-24 | Objection, foundation, calls for speculation. |
| 79:13 | Objection, speculation. |
| 79:24-25 | Objection to the form, vague ambiguous. |
| 80:10 | Objection, form, argumentative. |
| 81:15 | Objection, form, foundation. |
| 81:23 | Objection, foundation. |
| 82:17-21 | I'm just going to object to the form of that question.  It also violates the rule of completeness.  I'd suggest, if you're going to ask some questions about it, the read the entirety of the statement.  You can respond. |
| 83:5-6 | Objection, foundation, over broad, vague and ambiguous. |
| 83:12-13 | Objection to the form, vague and ambiguous. |
| 84:24-25 | Objection, over broad, vague and ambiguous, foundation. |
| 89:15-16 | I'm going to object.  The form calls for a legal conclusion. |
| 89:23-24 | That's -- he's responded to the question, counsel. |
| 90:5-8 | I'd just object to the -- it assumes facts that someone disclosed inside information and why he came to him.  You're treading on very thin ground here. |
| 90:23 | Objection, form, argumentative. |
| 92:3 | Objection, foundation. |
| 92:7 | Same objection, foundation. |

| Page:Line | |
|---|---|
| 92:23-24 | Objection, foundation, vague and ambiguous. |
| 93:12 | Objection, foundation. |
| 93:23-24 | Objection, over broad, vague and ambiguous. |
| 94:8-10 | Objection, vague and ambiguous. It also calls for attorney client communication. It's over broad as well. |
| 95:12 | Objection, foundation. |
| 95:15-16 | Objection to form, vague ambiguous. |
| 96:2 | Objection, misstates testimony. |
| 99:13-14 | Object, foundation. You can respond. |
| 99:22 | Objection, foundation, form. |
| 100:7-8 | Objection, vague and ambiguous. Do you want to put a time frame, counsel? |
| 100:13-14 | I'll just object, vague and ambiguous. |
| 109:15 | Objection, foundation. |
| 109:22 | Objection, foundation. |
| 118:9 | Objection, foundation. |
| 119:12 | Objection, asked and answered. |
| 120:24 | I'll just object, foundation. |
| 121:9 | Subject, vague. |
| 121:24-25 | I'll just object, vague, ambiguous. |

| DEPOSITION OF DAVID ALEN LANG (JUNE 10, 2013) ||
|---|---|
| Page:Line | Objection by Stern |
| 8:22 | Objection: speculation. |

| 10:2 | Objection to form; legal conclusion. |
|---|---|
| 10:15-16 | Objection to form; vague and ambiguous; compound. |
| 10:22-24 | Objection to form and also privacy. I'll let him respond to that question but getting into personal matters, it's not relevant. |
| 13:9-10 | Objection to the form; over-broad; vague and ambiguous. You may respond. |
| 13:22 | Object to the form; over-broad. |
| 14:2 | Object to form; over-broad. |
| 14:13 | Object: vague and ambiguous. |
| 15:9-10 | Objection: vague and ambiguous. You can answer. |
| 15:16 | Objection: foundation. |
| 15:22 | Objection: asked and answered. |
| 16:9 | Objection: compound. |
| 17:2-3 | Objection to form; foundation; calls for speculation. |
| 17:8 | Objection: foundation. |
| 17:13 | Objection: vague and ambiguous. |
| 17:22 | Objection: compound. |
| 18:12 | Objection: foundation. |
| 19:5 | Objection: foundation. |
| 19:24 | Objection: vague and ambiguous. |
| 20:16 | Objection: foundation. |
| 21:6 | Objection: foundation; form. |
| 21:12-13 | Same objection; assumes facts not in evidence; foundation. |

| 21:25 - 22:1 | Objection: form; foundation; assumes facts not in evidence; misstates prior testimony. |
|---|---|
| 22:8-9 | Objection: form; assumes facts not in evidence; misstates testimony; asked and answered. |
| 22:16-17 | Objection to form; misstates testimony; foundation; asked and answered. |
| 22:24-25 | Same objections: misstates testimony; assumes facts not in evidence; compound; foundation. |
| 24:9 | Objection: foundation; form. |
| 24:14 | Objection: asked and answered. |
| 25:6-7 | Objection: misstates testimony. You can respond. |
| 25:20-21 | Objection to the form of the question; foundation. |
| 26:20-21 | Objection to the form; foundation; misstates testimony. |
| 28:1 | Objection: asked and answered. |
| 28:7-8 | Objection to the form of the question; foundation. |
| 28:17-18 | Objection to the form of the question; foundation. |
| 29:6 | Objection: foundation. |
| 29:25 | Objection: asked and answered |
| 30:17 | Objection: foundation. |
| 32:20 | Objection: foundation. |
| 39:7-9 | Object to the form; over-broad; it's an improper question; also could call for privileged information. |

| | |
|---|---|
| 39:17 | Objection: relevance; argumentative. |
| 40:5-6, 9 | Objection: over-broad; lacks foundation; relevance ... Also, to the extent it may concern privacy. |
| 40:19 | Object: vague and ambiguous. |
| 41:7-11 | Let me just check. It's over-broad; it's vague and ambiguous; it certainly may implicate personal privacy rights in the U.K. and Gibraltar; the form of the question. You can generally respond but I'm going to require an offer of proof at some time. Go ahead. |
| 41:14-17 | Before I start instructing him not to answer -- I'm generally allowing you some latitude, counsel, around this issue. I don't understand the relevance of it. But go ahead. Go ahead, ask your question. |
| 42:7-8 | Objection: form; vague and ambiguous; argumentative. |
| 42:13-14 | Objection: compound; calls for speculation; lacks foundation; relevance. |
| 42:21-22 | Objection: argumentative; asked and answered. |
| 43:5-6 | Objection: argumentative; form; asked and answered. |
| 43:13-14 | Objection: foundation; vague and ambiguous; calls for speculation. |
| 43:19-20 | Same objections: vague and ambiguous; foundation. |
| 47:1 | Objection: vague and ambiguous. |
| 48:16 | Objection: lacks foundation. |
| 50:4-5 | Objection to form of the question; vague and ambiguous. |

| | |
|---|---|
| 50:13 | Objection: lacks foundation. |
| 51:15-18 | I am going to object to this line of questioning: completely irrelevant, frankly, and it lacks foundation. But you can respond. Nothing to do with this case. |
| 52:6-7 | I am going to object: lacks foundation; form; misstates testimony in evidence. |
| 53:16 | Objection: foundation; form. |
| 54:1-2 | Objection: foundation; calls for speculation. |
| 55:24 | Objection: foundation; asked and answered. |
| 56:13 | Objection: foundation; asked and answered. |
| 57:4 | Objection: foundation; asked and answered. |
| 58:8 | Objection: foundation; asked and answered. |
| 58:23 | Objection: foundation; asked and answered. |
| 59:13-14 | Objection: foundation; asked and answered; form. |
| 60:8-9 | Objection: foundation; asked and answered; cumulative. |
| 60:22-23 | Objection: form; foundation; asked and answered; cumulative. |
| 62:3 | Lacks foundation: asked and answered. |
| 62:18 | Objection: foundation; asked and answered. |
| 63:7 | Objection: foundation; asked and answered. |

| | |
|---|---|
| 65:4 | Objection: foundation. |
| 65:19 | Objection: foundation. |
| 67:7 | Objection: foundation. |
| 67:14 | Objection: misstates testimony. |
| 67:19 | Object: calls for speculation; foundation. |
| 68:9-10 | Objection: foundation; calls for speculation. |
| 68:14-15 | Objection: vague and ambiguous; calls for speculation. |
| 68:21 | Objection: foundation. |
| 69:8-9 | Objection: foundation; calls for speculation. |
| 69:13 | Objection: vague and ambiguous. |
| 69:20 | Objection: foundation. |
| 69:25 - 70:1 | Objection: vague and ambiguous; over-broad; lacks foundation. |
| 70:13 | Objection: foundation. |
| 71:17 | Objection: misstates testimony; form. |
| 71:24-25 | Objection: it's vague and ambiguous; it's incomplete; foundation. |
| 72:11-12 | Objection: argumentative; asked and answered. |
| 72:18 | Objection: forms [sic] lacks foundation. |
| 72:25 - 73:1 | Objection: argumentative; asked and answered; form of the question. |
| 74:2 | Objection to form; foundation; it's vague. |
| 75:3 | Objection: calls for a legal conclusion. |
| 76:17-18 | Objection: foundation; calls for speculation. |

| 76:23 | Objection: speculation; foundation. |
|---|---|
| 81:18 | Objection: foundation. |
| 82:3 | Objection: foundation. |
| 83:9 | Object: vague and ambiguous. |
| 83:24-25 | Objection: calls for a legal conclusion; foundation. |
| 84:6-7 | Objection to the form of the question; calls for a legal conclusion. |
| 85:1-2 | Objection to the form of the question; it's vague and ambiguous. |
| 86:4-5 | Object to the form; it lacks foundation. You can respond. |
| 86:22 | Objection: foundation. |
| 87:10 | Objection: foundation. |
| 87:14 | Objection: foundation. |
| 87:23 | Objection: foundation. |
| 88:11-12 | Objection: foundation; vague and ambiguous as to time. |
| 88:19 | Objection: foundation. |
| 88:25 | Objection: lacks foundation. |
| 89:24-25 | Objection to the form of the question; calls for speculation. |
| 91:5-6 | Objection: vague and ambiguous; form; foundation. |
| 91:16-17 | I just object: asked and answered; vague and ambiguous; form; foundation. |

8.  The transcripts of the depositions of Messrs. Hoskin and Lang will be filed

pursuant to a Motion to Seal, in accordance with the Order Approving the Parties' Proposed Stipulation for Protective Order (DE 39) With an Amendment [D.E. 40].

9. In addition to repeatedly and intentionally violating Section II(B)(3) of the Discovery Practices Handbook, Stern also appears to believe that he possesses the authority of the Judge in this action. Specifically, Stern gave the following "directives" to counsel for Plaintiff during the above-referenced depositions:

| **DEPOSITION OF ROBERT HOSKIN (JUNE 7, 2013)** ||
|---|---|
| Page:Line | "Directive" by Stern |
| 11:14-15 | Counsel, I'm well aware.  The question's vague.  **Proceed.** |
| 11:20-21 | I'll state my objections as I see fit.  **Proceed.** |
| 14:19-22 | Just hang on a second.  Counsel, it's argumentative, it's starting to be harassing.  **You can ask him his understanding, but you need to start moving on.** |
| 30:6-7 | You can stop.  I'm well aware of the rules.  **Just proceed.** |
| 30:11-14 | You know -- you hang on a second. You should be aware of the rules, counsel.  I don't need a lecture from you on the rules.  Okay?  Let's just proceed. |
| 72:14-18 | Object to the form of the question.  It's argumentative, it's over broad, frankly it's harassing, foundation, and I don't see how -- **you may want to offer proof on how that may even be relevant.** |

| | |
|---|---|
| 90:5-8 | I'd just object to the -- it assumes facts that someone disclosed inside information and why he came to him. **You're treading on very thin ground here.** |

| DEPOSITION OF DAVID ALEN LANG (JUNE 10, 2013) ||
|---|---|
| Page:Line | "Directive" by Stern |
| 11:3-5 | Counsel, you have to control yourself on this, and it is not a speaking objection. I stated my objections on the record. Move on. |
| 11:16-17 | Move on. I know what the rules are, counsel. Just move on. |
| 11:20-21 | There are no speaking objections. Just move on. |
| 41:7-11 | Let me just check. It's over-broad; it's vague and ambiguous; it certainly may implicate personal privacy rights in the U.K. and Gibraltar; the form of the question. You can generally respond but **I'm going to require an offer of proof at some time**. Go ahead. |
| 41:14-17 | Before I start instructing him not to answer -- **I'm generally allowing you some latitude, counsel, around this issue**. I don't understand the relevance of it. But go ahead. Go ahead, ask your question. |

10.     Stern is apparently unfamiliar with the Court's holding in *Royal Bahamian Association, Inc. v. QBE Insurance Corp.*, 744 F.Supp.2d 1297 (S.D. Fla. 2010) that "*Pro hac vice* admission is a privilege, not a right, and may be refused and, if initially granted, revoked." *Id.*, at 1304, fn.11.

11. Due to Stern's persistent and willful violation of Section II(B)(3) of the Discovery Practices Handbook, as set forth above, iSocial respectfully moves this Court to revoke Stern's *pro hac vice* admission.

12. iSocial requests that the revocation occur immediately in order to prevent Stern from tainting the deposition of Jim Ryan scheduled for June 14, 2013, the deposition of Don Jaques scheduled for June 19, 2013, and the deposition of Steve Heller scheduled for June 21, 2013.

WHEREFORE, for all of the foregoing reasons, Plaintiff, iSocial Media Inc., respectfully moves the Court to immediately revoke the *pro hac vice* admission of David H. Stern, Esq. in this action.

## S.D.FLA. L.R. 7.1(A)(3) CERTIFICATION

Counsel for Plaintiff hereby certifies that he conferred with Stern regarding this Motion, and Stern opposes the relief sought herein.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to GARY S. MENZER, ESQ., Menzer & Hill, P.A., 2200 NW Corporate Blvd., Suite 406, Boca Raton, FL 33431; NICOLAS SWERDLOFF, ESQ., Hughes Hubbard & Reed, LLP, 201 S. Biscayne Blvd., Suite 2500, Miami, FL 33131; NOAH GRAFF, ESQ., Hughes Hubbard & Reed, LLP, 350 South Grand Ave., Los Angeles, CA 90071; CAROLIN SAHIMI, ESQ., Hughes Hubbard & Reed, LLP, 350 South Grand Ave., Los Angeles, CA 90071; and DAVID H. STERN, ESQ., Hughes Hubbard & Reed, LLP, 350 South Grand Ave., Los Angeles, CA 90071, this 13th day of June, 2013.

                      KATZMAN, WASSERMAN,
                       BENNARDINI & RUBINSTEIN, P.A.
                      Suite 140/Boca Corporate Plaza
                      7900 Glades Road
                      Boca Raton, Florida 33434
                      Tel.: (561) 477-7774
                      Fax: (561) 477-7447

                      By: /s/ Craig A. Rubinstein
                          STEVEN M. KATZMAN
                          Fla. Bar No.: 375861
                          smk@kwblaw.com
                          CRAIG A. RUBINSTEIN
                          Fla. Bar No.: 77755
                          car@kwblaw.com